IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW HAMPSHIRE INSURANCE CO,<br><br>  Defendant.<br>_____ / | No. C 13-04355 JSW<br><br>**ORDER RE ADMINISTRATIVE MOTION AND SETTING SCHEDULE** |

The Court has received the administrative filings from the parties indicating their intention to file cross-motions for summary judgment. Accordingly, the Court shall hear the cross-motions on October 31, 2014 at 9:00 a.m.

• Defendant New Hampshire Insurance Co. has filed its opening summary judgment motion

• Plaintiff Certain Underwriters party shall file its opposition and cross-motion by no later than September 26, 2014

• Defendant's reply and opposition to the cross-motion is due by October 10, 2014

• Plaintiff's reply in support of the cross-motion is due by October 17, 2014

**IT IS SO ORDERED.**

Dated: August 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE