IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW HAMPSHIRE INSURANCE CO,<br><br>    Defendant.<br>_____/ | No. C 13-04355 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions for summary judgment which have been noticed for hearing on Friday, October 31, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: October 23, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 4:13-cv-04355-JSW   Document 47   Filed 10/23/14   Page 2 of 2